# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 09-1200 c/w 09-1018

DALTON JOHN MEAUX

VERSUS

ELIZABETH HENSGENS MILLER, CHARLES NICHOLAS HENSGENS, III, CRAIG ROBERT HENSGENS, MARY ELIZABETH HENSGENS WETZEL, CATHERINE ELAINE HENSGENS, BRIAN KEITH HENSGENS, KARL JUDE HENSGENS, NOBLE ROYALTIES, INC., MacLONDON ROYALTY I, LP, MacLONDON ENERGY, LP, MONTIERRA MINERALS & PRODUCTION (f/k/a NGP ROYALTIES, LT), ET AL.

\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF VERMILION, NO. 87119-C
HONORABLE EDWARD BROUSSARD, DISTRICT JUDGE

\*\*\*\*\*\*\*\*

## J. DAVID PAINTER
### JUDGE

\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy and J. David Painter, Judges.

**AFFIRMED.**

Samuel E. Masur
Matthew D. Lane, Jr.
400 East Kaliste Saloom Rd., Ste. 4200
P.O. Box 81829
Lafayette, LA  70598
Counsel for Plaintiff-Appellant:
    Dalton John Meaux

Bernard H. Ticer
Beverly K. Baudouin
2200 Energy Centre, 1100 Poydras St.
New Orleans, LA  70163
Counsel for Defendants-Appellees:
    Noble Royalties, Inc. and The Noble Grantees

F. John Reeks, Jr.
Sarah A. Kirkpatrick

**Kristin Kay Robbins**
**Tenth Floor, Louisiana Tower**
**401 Edwards St.**
**Shreveport, LA 71101**
**Counsel for Defendants-Appellees:**

> **Eagle Rock Production, L.P., MacLondon Royalty I, L.P., MacLondon Energy, L.P., and Montierra Minerals & Production (f/k/a NGP Royalties, L.P.)**

**PAINTER, Judge.**

For the reasons set forth in the companion case hereto, *Meaux v. Miller*, 09-1018 (La.App. 3 Cir.4/9/08), ___ So.2d ___, the trial court's judgment is affirmed. Costs of this appeal are assessed to Appellant.

**AFFIRMED.**